Case: 21-35467, 10/12/2021, ID: 12254396, DktEntry: 9, Page 1 of 2



**FILED**

OCT 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT AARON PURBECK, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> MERRICK GARLAND, Attorney General; et al., <br><br> Defendants-Appellees. | No. 21-35467 <br><br> D.C. No. 1:21-cv-00047-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: McKEOWN and W. FLETCHER, Circuit Judges.

Appellant's motion for appointment of counsel (Docket Entry No. 5) is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The motion to maintain this case under seal (Docket Entry No. 7) is denied without prejudice to renewal accompanied by a statement explaining "why it is necessary for the entire case to be sealed on appeal and why no less restrictive alternatives are available," or a statement that identifies the statute or rule that requires sealing this case. *See* 9th Cir. R. 27-13(g).

The emergency motion (Docket Entry No. 8) is denied.

The opening brief is due November 18, 2021. The answering brief is due December 17, 2021. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See id.*