RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Defendant Roderick Coffin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT MONTY WILKINSON et al.,<br><br>          Defendants. | Case No. 1:21-cv-00047-BLW<br><br>**DEFENDANT RODERICK COFFIN'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Roderick Coffin moves this Court to dismiss this action for insufficient service of process.  This motion is based on Memorandum in Support of Defendant Roderick Coffin's Motion to Dismiss filed herewith, any further briefing submitted to the Court, and any oral argument before the Court.

**DEFENDANT RODERICK COFFIN'S MOTION TO DISMISS - 1**

Respectfully submitted this 25th day of May 2022.

        RAFAEL M. GONZALEZ, JR.

        UNITED STATES ATTORNEY
        By:


        */s/ James P. Schaefer*
        JAMES P. SCHAEFER
        Assistant United States Attorney

**DEFENDANT RODERICK COFFIN'S MOTION TO DISMISS - 2**