# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served upon :

Merrick Garland
950 Pennsylvania Ave NW
Washington, DC 20530

[Insert Attorney's Name/Address and Indicate Attorney for Appellant or Appellee]

by placing the same, postage prepaid in the United States Mail on this the 9th day of July, 20 22. Certified 7021 1970 0000 5080 0550

[Signature]

451 W. Waterbury
Meridian, ID 83702
[Party's address]

[Indicate here if acting *pro se*]

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served upon :

James Schaefer
1290 W. Myrtle
Suite 500
Boise ID 83702

[Insert Attorney's Name/Address and Indicate Attorney for Appellant or Appellee]

U.S. COURTS

JUL 06 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

by placing the same, postage prepaid in the United States Mail on this the 5th day of July, 20 22. Certified 7021 1970 0000 5080 0567

_____
[Signature]

451 W. Waterbury
Meridian, ID 83646
[Party's address]

Pro-se

[Indicate here if acting *pro se*]