**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**HEATHER McCARTHY**
**DAYTON P. REED**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 6404 & 10775
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendant Ada County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MONTY WILKINSON et al, <br><br> Defendants. | Case No. 1:21-cv-00047-BLW <br><br> **ANSWER TO AMENDED COMPLAINT** |

Defendant Ada County answers Plaintiff's first amended complaint,[1] dkt. 19, as follows:

## I.   ANSWER

Ada County generally denies all allegations in the first amended complaint. It answers the specific allegations as follows:

1.     No answer is necessary to Plaintiff's motion to seal.

---

[1] The Court denied Plaintiff's motion for a second amended complaint (dkts. 54 and 55) in its *Memorandum Decision and Order* (dkt. 61), therefore no answer to the allegations in that proposed complaint is necessary.

ANSWER TO AMENDED COMPLAINT – PAGE 1

2.      No answer is necessary to Plaintiff's motion to seal.

3.      No answer is necessary to Plaintiff's motion to seal.

4.      Deny.

5.      Admit that Plaintiff was once employed by Ada County. Deny all other allegations as written.

6.      Ada County lacks sufficient knowledge to admit or deny. To the extent an answer is required, Ada County denies.

7.      Ada County lacks sufficient knowledge to admit or deny. To the extent an answer is required, Ada County denies.

8.      Ada County lacks sufficient knowledge to admit or deny. To the extent an answer is required, Ada County denies.

## Count I

9.      Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

10.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

11.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

12.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

13.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

14.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

15.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

16.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

## Count II

17.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

18.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

19.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

20.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

21.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

22.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

23.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

24.     Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

25.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

26.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

### Count III

27.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

28.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

29.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

30.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

31.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

### Count IV

32.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

33.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

34.   Allegation is directed at a different defendant, and Ada County is not required to respond. To the extent a response is required, Ada County denies.

## Count V

35.     Allegation is directed at a different defendant, and Ada County is not required to respond.
        To the extent a response is required, Ada County denies.

36.     Allegation is directed at a different defendant, and Ada County is not required to respond.
        To the extent a response is required, Ada County denies.

## Count VI

37.     Count VI was dismissed in dkt. 23. Therefore, no response is required.

38.     Count VI was dismissed in dkt. 23. Therefore, no response is required.

39.     Count VI was dismissed in dkt. 23. Therefore, no response is required.

## Count VII

40.     No response required.

41.     Admit that Ada County is a government employer and that a letter in Plaintiff's personnel
        file indicates he was fired for "Conduct unbecoming a county employee or conduct
        detrimental to good order and discipline in the employee's department or office." Deny all
        other allegations.

## Count VIII

42.     Allegation is directed at a different defendant, and Ada County is not required to respond.
        To the extent a response is required, Ada County denies.

43.     Allegation is directed at a different defendant, and Ada County is not required to respond.
        To the extent a response is required, Ada County denies.

44.     Allegation is directed at a different defendant, and Ada County is not required to respond.
        To the extent a response is required, Ada County denies.

**Count IX**

45.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

46.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

47.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

48.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

49.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

**Count X**

50.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

51.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

52.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

53.     Allegation is directed at a different defendant, and Ada County is not required to respond.

         To the extent a response is required, Ada County denies.

## II.   AFFIRMATIVE DEFENSES

### First Defense

Ada County's acts or omissions, if any, were undertaken in good faith, without malice, and were justified and reasonable under the circumstances.

### Second Defense

All acts and/or omissions, if any, of Ada County were undertaken without gross negligence, malice, deliberate indifference, or reckless, willful, and wanton conduct.

### Third Defense

At no time did there exist an agreement, mutual understanding, or meeting of the minds to deprive Plaintiff of any civil rights.

### Fourth Defense

All actions of Ada County were performed and undertaken under just and reasonable circumstances and in all respects reasonable, proper, legal, and according to applicable rules and law.

### Fifth Defense

Ada County's acts or omissions, if any, do not rise to a level of deprivation of constitutionally protected rights.

### Sixth Defense

Ada County's acts or omissions, if any, were not the proximate cause nor the cause in fact of the alleged injuries or damages claimed by Plaintiff, if any.

### Seventh Defense

The damages alleged by Plaintiff were proximately caused, if at all, by acts or omissions of persons or entities other than Ada County.

### Eighth Defense

The damages complained of by Plaintiff, if any, were directly and proximately caused by superseding and intervening circumstances.

### Ninth Defense

The damages and injuries allegedly suffered by Plaintiff, if any, were not legally or proximately caused by any customs or policies (or lack thereof), or actions or inactions of Ada County.

### Tenth Defense

Ada County neither implemented nor executed a policy, statement, regulation, or decision that resulted in any alleged constitutional violations or injuries of which Plaintiff complains.

### Eleventh Defense

Ada County is not liable for any alleged injury by any act or omission of another person under the theory of *respondeat superior* or vicarious liability.

### Twelfth Defense

Plaintiff failed to take reasonable action to mitigate his damages, if any.

### Thirteenth Defense

Ada County has not engaged in sufficient discovery to learn all of the facts and circumstances relating to matters described in Plaintiff's Second Amended Complaint, and therefore requests the Court permit Ada County to amend its Answer and assert further affirmative defenses and other defenses once discovery has been completed.

## III.   PRAYER FOR RELIEF

Ada County prays that Plaintiff's amended complaint be dismissed with prejudice, that he take nothing thereby, and to be awarded reasonable costs and attorney fees.

ANSWER TO AMENDED COMPLAINT – PAGE 8

**DATED** this 6th day of June, 2023.

JAN M. BENNETTS
Ada County Prosecuting Attorney


By:   */s/ Dayton P. Reed*_____
Dayton P. Reed
Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2023, I filed the foregoing ANSWER TO AMENDED COMPLAINT electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Darci Ward Crane
Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
darci.crane@usdoj.gov

James P. Schaefer
Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
james.schaefer@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

Robert Purbeck                                      _____  Hand Delivery
451 W. Waterbury Drive                          __x__  U.S. Mail
Meridian, ID 83646                               _____  Electronic Mail
                                                          _____  Facsimile

/s/  Chyvonne Tiedemann
Legal Assistant