JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CALIFORNIA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Defendants Roderick Coffin and James Pinette

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK COFFIN III, JAMES PINETTE, and ADA COUNTY,<br><br>　　　　Defendants. | Case No. 1:21-cv-00047-BLW<br><br>**DEFENDANTS RODERICK COFFIN AND JAMES PINETTE'S MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER** |

　　　　Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure and Local Civil Rules 7.1 and 15.1, Defendants Roderick Coffin and James Pinette (Defendants) hereby move to amend the Scheduling Order (ECF No. 66) and for leave to file an Amended Answer to assert a single additional affirmative defense.  Specifically, Defendants seek leave to assert that the doctrine of collateral estoppel bars re-litigation of issues in this case that were recently decided by the United States District Court for the Northern District of Georgia in *United States v. Purbeck*, 3:21-cr-0004-TCB-RGV (Georgia Criminal Case).

DEFENDANTS RODERICK COFFIN AND JAMES PINETTE'S MOTION TO AMEND
SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER – 1

This motion is based on: (1) the Memorandum in Support of Defendants Roderick Coffin and James Pinette's Motion to Amend Scheduling Order and for Leave to File an Amended Answer filed herewith; (2) the Proposed Amended Answer filed herewith as **Exhibit A**; (3) the redline version of the Proposed Amended Answer filed herewith as **Exhibit B**; (4) Defendants Roderick Coffin and James Pinette's Request for Judicial Notice with **Exhibits 1 and 2** filed herewith; (5) any further briefing and evidence submitted to the Court; and (6) any oral argument before the Court.

Respectfully submitted this 18th day of August 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*/s/ James P. Schaefer*
JAMES P. SCHAEFER
Assistant United States Attorney

*Attorneys for Defendants Roderick Coffin and James Pinette*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2023, the foregoing **DEFENDANTS RODERICK COFFIN AND JAMES PINNETE'S MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties by:

| | |
|---|---|
| Robert Purbeck<br>451 W. Waterbury Dr.<br>Meridian, Idaho  83646 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |
| Ada County Prosecutor's Office | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |

                                        /s/ *Chelsie Black*
                                        Paralegal