JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CALIFORNIA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Defendants Roderick Coffin and James Pinette

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK COFFIN III, JAMES PINETTE, and ADA COUNTY,<br><br>　　　　Defendants. | Case No. 1:21-cv-00047-BLW<br><br>**DEFENDANTS RODERICK COFFIN AND JAMES PINETTE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER** |

In support of their Motion to Amend Scheduling Order and for Leave to File an Amended Answer, Defendants Roderick Coffin and James Pinette respectfully request that the Court take judicial notice of the following material pursuant to Federal Rule of Evidence 201.

1. The Report and Recommendation (R&R) issued by Judge Russel G. Vineyard, United States Magistrate Judge, that recommended denial of motions to suppress filed by Plaintiff Robert Purbeck's in *United States v. Robert Purbeck*, Case No. 3:21-CR-0004-TCB-RGV, ECF No. 87. For the Court's convenience, a true and correct copy of the R&R is attached as **Exhibit 1** to this Request.

2. The Order issued by Judge Timothy C. Batten, Sr., Chief United States District Judge, that adopted Judge Vineyard's R&R in *United States v. Robert Purbeck*, Case No. 3:21-CR-0004-TCB-RGV at ECF No. 96 (Order Adopting R&R). For the Court's

DEFENDANTS RODERICK COFFIN AND JAMES PINETTE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER - 1

convenience, a true and correct copy of the Order Adopting R&R is attached as **Exhibit 2** to this Request.

## ARGUMENT

Rule 201(b) of the Federal Rules of Evidence provides that a judicially noticed fact is one that is either (1) generally known within the trial court's territorial jurisdiction; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.  Fed. R. Evid. 201(d).  A court may take judicial notice at any stage of the proceeding.  *Id*.

"[A] court may take judicial notice of matters of public record" that are outside of the pleadings.  *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001) (internal quotations and citation omitted).  More specifically, the court may take judicial notice documents filed in federal or state court.  *See Asdar Grp. v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, n.1 (9th Cir. 1996); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (the Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2nd 5, 7 (1st Cir. 1979)).

The R&R and Order Adopting R&R referenced above are documents issued by the United States District Court for the Northern District of Georgia.  These documents relate to the matters at issue in this case because Plaintiff Robert Purbeck's excessive force allegations in this civil case were, in part, the basis of the motions to suppress that he filed in *United States v. Robert Purbeck*, Case No. 3:21-CR-0004-TCB-RGV.

That the R&R and Order Adopting R&R were issued by the United States District Court for the Northern District of Georgia cannot reasonably be disputed.  The fact that these

documents were issued by the United States District Court for the Northern District of Georgia is readily confirmed through the court's Electronic Case Filing (ECF) System.

## CONCLUSION

Since the above records are federal court filings that relate directly to the matters at issue, they are proper subjects of judicial notice and Defendants Roderick Coffin and James Pinette respectfully request that the Court take judicial notice of Exhibits 1 and 2 noted above.

Respectfully submitted this 18th day of August 2023.

                JOSHUA D. HURWIT
                UNITED STATES ATTORNEY
                By:

                */s/ James P. Schaefer*
                JAMES P. SCHAEFER
                Assistant United States Attorney

                *Attorneys for Defendants Roderick Coffin*
                *and James Pinette*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2023, the foregoing **DEFENDANTS RODERICK COFFIN AND JAMES PINETTE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AN AMENDED ANSWER** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following party by:

| | |
|---|---|
| Robert Purbeck<br>451 W. Waterbury Dr.<br>Meridian, Idaho 83646 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |
| Ada County Prosecutor's Office | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |

   /s/ *Chelsie Black*
Paralegal