JOSHUA D. HURWIT, ID STATE BAR NO. 9527
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CA STATE BAR NO. 250417**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: James.Schaefer@usdoj.gov

Attorneys for Defendant James Pinette

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK COFFIN III, JAMES PINETTE, and ADA COUNTY,<br><br>　　　　Defendants. | Case No. 1:21-cv-00047-BLW<br><br>**DEFENDANT JAMES PINETTE'S MOTION TO CORRECT THE JUDGMENT (ECF NO. 81)** |

Defendant James Pinette (Agent Pinette), through his undersigned attorney, respectfully moves this Court under Rule 60(a) of the Federal Rules of Civil Procedure to correct a mistake in the Judgment (ECF No. 81) that the Court entered in favor of Agent Pinette and Defendant Roderick Coffin III.

As explained in the accompanying Memorandum in Support, the Court's January 29, 2024 Memorandum Decision and Order (ECF No. 80) and related Judgment (ECF No. 81) refer to Plaintiff Robert Purbeck's sexual assault claim against Agent Pinette as Count V and Plaintiff's Fifth Claim for Relief, respectively. Purbeck's sexual assault claim against Agent Pinette was, however, Count VIII of the operative Amended Complaint (ECF No. 19).

**DEFENDANT JAMES PINETTE'S MOTION TO CORRECT THE JUDGMENT - 1**

As a result of this mistake, the Judgment currently states, "NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered for Defendants on Plaintiff's First and *Fifth* Claims for Relief."  (ECF No. 81 (emphasis added)).

Accordingly, Agent Pinette respectfully requests that the Court correct the Judgment to state:  "NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered for Defendants on Plaintiff's First and *Eighth* Claims for Relief."

Respectfully submitted this 7th day of May 2024.

>JOSHUA D. HURWIT
>UNITED STATES ATTORNEY
>By:
>
>*/s/ James P. Schaefer*
>JAMES P. SCHAEFER
>Assistant United States Attorney
>
>*Attorneys for Defendant James Pinette*

**DEFENDANT JAMES PINETTE'S MOTION TO CORRECT THE JUDGMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following party by:

| Party | Method |
|---|---|
| Robert Purbeck<br>451 W. Waterbury Dr.<br>Meridian, Idaho 83646 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ Email |
| Dayton Reed<br>Ada County Prosecutor's Office | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

*/s/ Duncan Brain*
Legal Assistant

**DEFENDANT JAMES PINETTE'S MOTION TO CORRECT THE JUDGMENT - 3**