UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>    Plaintiff,<br><br>v.<br><br>RODERICK COFFIN III, JAMES PINETTE, and ADA COUNTY,<br><br>    Defendant. | Case No. 1:21-cv-00047-BLW<br><br>**AMENDED JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on January 29, 2024,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants on Plaintiff's First and Eighth Claims for Relief.

DATED: **May 17, 2024**

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1