**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**HEATHER McCARTHY**
**DAYTON P. REED**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 6404 & 10775
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendant Ada County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT MONTY WILKINSON et al,<br><br>          Defendants. | **Case No. 1:21-cv-00047-BLW**<br><br>**NOTICE REGARDING CRIMINAL CASE AND REQUEST FOR JUDICIAL NOTICE** |

In its Order Granting Joint Motion to Stay Discovery, dkt. 75, the Court ordered that all discovery in this case is stayed pending resolution of the Plaintiff's criminal case. Defendant Ada County provides notice to the Court of developments of Plaintiff's criminal case, Northern District of Georgia Criminal Action No. 3:21-CR-0004-TCB-RGV and requests that the Court take judicial notice of the following:

Records from that case include entry of a guilty plea on March 19, 2024 (dkt. 116-1), entry of a judgment on November 14, 2024 (dkt 132), entry of an amended judgment on November 15, 2024 (dkt. 134), and filing of a notice of appeal on November 20, 2024 (dkt. 137).

NOTICE REGARDING CRIMINAL CASE AND REQUEST FOR JUDICIAL NOTICE – PAGE 1

Defendant Ada County believes that the criminal case is not yet fully resolved while the case is being appealed. However, Defendant Ada County believed it would be proper to advise the Court of these case developments.

**DATED** this 25th day of November, 2024.

> **JAN M. BENNETTS**
> Ada County Prosecuting Attorney
>
> By:   */s/ Dayton P. Reed*
>       Dayton P. Reed
>       Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2024, I filed the foregoing NOTICE REGARDING CRIMINAL CASE AND REQUEST FOR JUDICIAL NOTICE electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Darci Ward Crane
Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
darci.crane@usdoj.gov

James P. Schaefer
Assistant United States Attorney
United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
james.schaefer@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

| Robert Purbeck | _____ Hand Delivery |
|---|---|
| Register No. 33134-509 | __x__ U.S. Mail |
| FCI Atlanta | _____ Electronic Mail |
| Federal Correctional Institution | _____ Facsimile |
| PO Box 150160 | |
| Atlanta, GA  30315 | |

and

451 W. Waterbury Drive
Meridian, ID 83646

/s/  Chyvonne Tiedemann
Legal Assistant