Robert Purbeck
Reg # 33134-509
FCI Atlanta
P.O. Box 150160
Atlanta, GA 30315
(Pro-se)

In the United States District Court for the District of Idaho

CASE # 3:21-00047-BLW

Purbeck
vs.
Ada County

Motion for Equitable Relief & Discovery for Actual Judicial Bias

U.S. COURTS
JAN 21 2025
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

On January 31'st 2021 Mr. Purbeck entered a Motion for Return of property pursuant to Rule 41(G) of the criminal Rules of Procedure. The government seeing they had violated the constitutional rights of Mr. Purbeck forum shopped the prosecution to the Newnan Federal Courthouse knowing that the judge who adjudicated cases in that particular courthouse was compromised & recieving unconstitutionally large inducements from 2 parties to Mr. Purbecks Criminal prosecution & would be swayed by his own self-interested benefits in the case & would cover his own crimes at Mr. Purbecks expense. Mr. Purbeck timely entered a pro-se motion into his criminal case sent from the Meridian, ID post office that was concealed from the public docket by Chief judge Timothy Batten. In doing so Mr. Batten violated Mr. Purbeck's right to self-represent himself at a critical stage and refused to recuse himself from a case where he recieved financial incentives from the parties thereby implicating Actual judicial as well as an unconstitutionally high risk of judicial Bias

B.1 over→

Mr. Poybon's Right to due process was doomed as soon as the government Judge Batten.

Factual Basis for judicial Bias

In 1991 Mr. Batten formed a corporation called T.E.C.H. Ventures Inc. The first 4 directors of the corporation were Timothy, Eric, Christopher & Hogan Batten. In 2005 Mr. Batten mentioned the corporation to Congress during his confirmation hearing but he was a non-managing director. In 2020 two of the directors of the corporation died according to obituaries. The corporation structure was altered on Dec. 9th, 2020 whereby Mr. Batten assigned himself as CIO & Eric Batten was assigned as CEO of the corporation. The corporation was moved to 18 Greenville Street, Newnan, GA on that same day. 18 Greenville Street happens to be the federal courthouse address & Mr. Batten's chamber address. The corporation is a for profit corporation & is listed on the Georgia Florida secretary of state websites as Eric Batten is located in Florida. On that same day Mr. Batten & T.E.C.H. Ventures Inc became encumbered with a $? debt to the city of Newnan & annual financial declaratives became due 90 days later with appropriate revenue based dividend due at that same time. According to Iris McEwing in the Newnan business & licensing division T.E.C.H. Ventures Inc. has never had a business license which is synonymous with paying taxes to the city. T.E.C.H. Ventures Inc. does not qualify for any exemption to Pg 2 the Newnan occupation tax as defined by municipal code

Mr. Purbeck cannot provide a link to the municipal codes with his current limitations in a federal holdover in Atlanta awaiting designation by BOP. However, the relevant links were provided in the motion Mr. Purbeck sent to the sentencing court that was timely recieved but concealed by Timothy Batten in an act of obstruction of Justice.

In late 2020 Mr. Battens predecessor as chief judge was interviewed by a legal publication on the Internet describing handing over reigns of the Chief Judge administrative position to Mr. Batten. Mr. Batten knew he would be designated as the next Chief judge & decided in his role as Chief he would begin embezzling from the United States. He along with T.E.C.H. Ventures Inc. decided to move the corporation into Mr. Battens chambers offices and to make his chambers the registered agents office as well as the corporations Main Place of business. He did this without any payments of rents to the United States for the use of the vast resources afforded his coporation by the Largesse of the United States. A similarly positioned small law office on Greenville Street in Newnan, GA with a legal secratary, one armed officer, rents, utilities, insurance, office supplies etc... would exceed at least $120,000 per year. T.E.C.H. Ventures Inc. →

Pg 3

has recieved these benefits completely for free. It is because of Timothy's Battens role as Chief Judge that he has been able to commit this crime so brazenly. Starting on Dec. 9th 2020 & continuing throughout the entirety of Mr. Purbeck's extended prosecution Mr. Batten with his many roles has used his influence to recieve a benefit with substantial value that no other public servant could get away with.

Mr. Batten has ~~substantil~~ substantial conflicts and never should have been affirmed as a judge. Well into his judgeship he maintained a large stock portfolio of individual stocks. He has publicly apologized for giving ~~Chase~~ J.P. Morgan Chase Bank favorable rulings as he was a stockholder of JPM. Similarly he was called out in a case where he went weekly to lunch with the head of fundraising for Georgia Tech. Not only is he receiving a salary from GA Tech as a professor of law but the litigation involved a direct underling of his lunch buddy. He did not recuse himself until he was called out by this blatant ethics violation. On top of these public

Pg. 4

disclosures there are many more conflicts that he has repeatedly ignored even while promising the media he would do better including taking a position on the judicial ethics committee.

On September 25th, 2024 Mr. Purbeck came across a media article calling out Mr. Batten for recieving extremely lavish gifts. The initial article was written by Bloomberg. Mr. Purbeck seeing the article began research in ernest. Why was the judge in his criminal trial recieving $24,000 cash gifts from a company called Medicrott? But more troublesome in the ethics disclosure reports was his CFO job while also a professor of law and as a registeed agent at multiple locations simultaneously in Newnan GA (secretary of state of Georgia) all while public disclosures on the US courts website showed marked deterioration in the time felony cases were being tried while Mr. Batten has been incompetently operating as Chief Judge of the N. District of GA. The median felony case now takes longer than the listed average of prejudice under Barker v. Wingo case. Mr. Batten is incompetent at his job but some judges have publicly criticized

Pg. 5

On September 27th, 2024 Mr. Purbeck had gathered enough information to make a FOIA request of the GSA. In this GSA FOIA request which is public record & can be searched via Google Mr. Purbeck asked the GSA to identify how much in Rent T.E.C.H. Ventures Inc. had paid for its usage of 18 Greenville Street, Newnan, GA. Naievely Mr. Purbeck believed it would be handled directly by GSA. Instead the GSA sent the request to the Chief Judge's chambers to provide the information requested. GSA had 10 Business days to provide the data or provide a reason for the delay. Mr. Purbeck asked 2 times for a status update after the time had been depleted. ON Nov 8th, 2024 GSA informed Mr. Purbeck that responsive records had finally been provided by the N. District Of Georgia / ~~The~~ Timothy Batten. But now it would take 43 business days to produce records.

5.6. ON November 9th Mr. Purbeck had sufficient evidence to proceed with his filing pro-se in his criminal case and completed the motion requesting recusal of Timothy Batten Sr., Vacateur of all of his rulings & Sanctions against T.E.C.H. Ventures Inc. for obstruction of justice. The Motion was

sent on the morning of Nov. 9th 2024. The postage was purchased from a kiosk in the Meridian, ID post office and hand delivered to the mail clerk in the Coulter area before the cutoff for overnight mail. The guaranteed delivery date was Nov 11, 2024. Mr. Burbeck paid an additional charge to have delivery to the lockbox on a Federal holiday. It included a signature confirmation to ensure delivery. The mail was delivered as promised but the motion was not added to the docket timely. It is not all. Mr. Burbeck has successfully sent motions to numerous courts with integrity & never had a problem with delivery & entry. However Mr. Batten's unethical court did not enter it even previously to the docket. However Mr. Batten clearly did want to delay entry on Nov 12th 2024 in connection with receiving the (BSB (ISB)) request exposing his corrupt scheme to defraud the people of the city of Meridian & the United States. Concealed the documents. The United States also received a copy although it was not sent. Also forwarded to Nathan Kitchens. The email sent to his government email address bounced as undeliverable.

In addition to the candidates previously mentioned Mr. Batten and an entity that controlled that we noted above Mr. Mr. Batten recieved a few percentage of his additional income from a company called Medicraft. He recieves Investment income from some kind of holding company. In researching Medicraft it is a company that distributes Medtronics Inc. products as its primary business line. Mr. Batten also held previously Medtronics Stock. Mr. Purbeck also held stock options & stock in a company called Guidant and was employed by them for some time while Mr. Batten recieved income & continues to recieve income indirectly from the company through Medicraft. Guidant was in protracted legal battles with Medtronic & Prevailed. Mr. Purbecks PSR mentioned his work for Guidant & Mr. Batten might harbor resentment against Mr. Purbeck for that employment.

[margin note: related to Duey Craft owner of medicraft]

Further opensecrets.com of perhaps .org shows Timothy Batten had twice contributed to a Georgia congressional campaign for a local race for an election which he refused to step down even though he was soundly beaten in the race. Mr. Batten was an Obama elector which is public record. Batten politicking including funding of young donations to Michelle

for a federal judge.

Legal Arguments:

273 U.S. 510  Tumey v. Ohio (1927)
580 U.S. 285  Rippo v Baker (2016)
Bracy v. ~~Gramley~~ Gramley  520 U.S. 899 (1997)

Mr. Purbeck was denied due process in his 41(G) motion as a result of the pre-existing bias of the government prior to filing for return of property. Mr. Batten began using his chambers office to operate his corporation beginning on Dec. 9th 2020. By the time Mr. Purbeck was indicted on Mar. 5th 2021 Mr. Batten was already actively stealing from two direct parties to his prosecution. The camouflaging bias alluded to in Bracy v. ~~Graham~~ Gramley was fully in play. Mr. Purbeck was not afforded a chance to bribe Mr. Batten which likely would have improved his chances considerably considering by not prosecuting him in Newnan Municipal court or in the federal courts the United States & the city of Newnan were both bribing Mr. Batten by turning a blind eye to his flagrant criminality. Mr. Batten ~~cannot argue~~ nor the U.S. can argue that the government wasn't aware of the bribery. Although Mr. Batten maintains →

Broad immunity as a judge; in his separate role as Chief judge he is no longer a judge, for his administrative role. He represents the government. It was in his administrative role he opted to conceal his theft of government rents from DOJ prosecutors. He has no right to use the courthouse building for his & his corporations benefit. Very private materials are stored in his chambers including HIPAA regulated documents that corporate employees have access to while operating on T.E.C.H. Ventures Inc. Business. Mr. Purbeck had his identity stolen 5 seperate times during his protracted prosecution. He posits it is the poor corporate controls of T.E.C.H. Ventures Inc. that are directly to blame for these identity thefts.

Mr. Batten did punish Mr. Purbeck harshly due to camouflaging bias. He lied about 9th Circuit law including Craighead, Kim, and 4th amendment law which would have required suppression in Mr. Purbecks suppression motions. When he discovered through FOIA requests and the motion for recusal Mr. Purbeck filed that his crimes had been discovered he decided to punish Mr. Purbeck with the maximum sentence he could impose & even tried to exceed the

G.10

punishment allowed by law before the probation officer told him he was not permitted to punish Mr. Purbeck so harshly. Mr. Batten exceeded the governments recomendation by 50 months and exceeded the sentence given to the Capitol One hacker by 120 months whose actions caused $120 Million in damage. He exceeded the average JSIN & Median JSIN which was 48 mo & 49 mo respectively by more than 70 months. Why? because Mr. Purbeck exposed that Batten is a criminal & a thief. Mr. Purbeck always has only wanted a <u>fair</u> adjudication. Mr. Batten is a subversive who hates the true United States.

The USA might argue that the amount Mr. Batten stole from the City of Newnan is only at minimum $25 per year. But Tumey V. Ohio shows that judges can be swayed by as little as $12. In 1801 the English common law had a case referenced in Tumey where a £20 fine was given to a city & the city might have distributed that fine to all city employees & so the judges share was de minimus & would not affect his judgement. This is not such a case. Even the minimum tax rate of $25 is not de-minimus. The fair market rate of h.s usage of 18 Greenville St Newnan, GA →

PG 11.

for T.E.C.H. Ventures business over 5 years would also clearly exceed the de-minimus threshold. At nearly $600,000 in fair market value, The city of Newnan rate could also be much higher depending on the financials of T.E.C.H. Ventures Inc.,

Timothy Batten is in effect giving a bribe to his corporation as an administrator of government resources implicating 18 USC 201. As Chief financial officer of T.E.C.H. Ventures Inc. he and his brother Eric are engaged in a conspiracy to take something of value from both the United States & the City of Newnan. Then finally in his role as judge he is accepting the bribe from himself as Chief & judging in violation of the constitution giving excessive favor to the government prosecutors in order to camoflage his theft & not arouse suspicion. The city of Newnan is aware of the theft and has turned a blind eye in order to get a better outcome from Mr. Purbeck's criminal prosecution. But by turning a blind eye the City of Newnan has engaged in bribery in violation of 18 U.S.C. 666. Furthermore Mr. Purbeck prior to getting a response to his FOIA request copied Mr. Herskowitz an AUSA in his case on a request to get the same favorable

treatment for his business as Timothy Batten gets for his corporation T.C.C.H. Ventures Inc. This message was sent to GSA & Michael Heskowitz. In his Change of Plea hearing Mr. Purbeck made a big deal about repeatedly asking for Brady Materials. Mr. Heskowitz lied brazenly to the court that the United States had complied with Brady. United States v. Bundy (9th Circuit) requires the government to search out Brady Materials. What can be more prejudicial than a judge concealing a motion for his recusal & actively accepting bribes from 2 parties to litigation.

Because this theft began before Mr. Purbeck initially entered his 41(G) motion & was not discovered till the eve of sentencing but was absolutely known about by the government Mr. Purbeck posits that any agreement not to seek return of property even by waiver cannot be enforced because the government stole this courts jurisdictional right to decide the constitutionality of the seizure under 41(G). Alternatively where the only solution to demand a fair forfeiture hearing was precluded when Timothy Batten concealed →

PG. 13

a motion for his recusal & he was not afforded a remedy as this court proposed in its original order on 41(G) of a fair forfeiture hearing. Mr. Purbeck would also suggest T.C.C.H. Ventures Inc. held undue influence over Mr. Purbecks rights & should be held responsible for de lapse in due process both in sentencing & in return of property.

The motion Mr. Purbeck entered into the docket in his criminal case also included a showing of Rule 11 violations & Mr. Purbeck timely before sentencing raised them. T.C.C.H. Ventures Inc. & Timothy Bufkin in his role as Thief prevented Mr. Purbeck from potentially getting De Novo review of the Rule 11 violations. Mr. Purbecks change of plea sentencing occurred on Mar 19, 2024 his 45th Birthday. When Mr. Purbeck arrived at his hotel he went out & purchased $16 worth of high gravity beers and began drinking them starting at 10:30 pm the night before his change of Plea hearing. He polished off all the cans of beer he purchased & then looked and the beer was 13% ABV. He had become heavily intoxicated. The hearing began at 9am M.D.T. The hearing was 13 minutes long

.14

Mr. Batten skipped portions of the Model rule 11 hearing questions to speed up the hearing presumably so he could get back to working on his side business. Could Mr. Purbeck have plead guilty knowingly & voluntarily if he was intoxicated? This is a question the 11th Circuit should be able to review De Novo but because Timothy Batten concealed the motion to ~~raise~~ this question will only be able to be reviewed for Plain Error.

- Remedy -

Mr. Purbeck requests the court take judicial notice of the GEORGIA Secretary of States Website & the Florida equivalent & do a query for T.E.C.H. Ventures Inc. & Clairety LLC. and view the filings for the years 2020-2024 & ~~you~~ the court can determine Mr. Purbeck has made a preliminary showing of judicial bias. Timothy Batten is running a corporation as CEO from 18 Greenville St., Newnan, GA & registered agent at the same location & in the case of Clairety LLC he is operating a registered agents office at a different location simultaneously. This is unethical in itself by not providing due diligence to both parties. A →

Pg. 15

simple Google search will show 18 Greenville Street is the address of the Federal courthouse as well. Just so it doesn't muddy the waters it is also the address of the Newnan Post Office but it is a felony crime to use a post office box as a corporate address. Further the 18 Greenville address is used as Timothy Battens chambers address on the U.S. Court website. Mr. Battens judicial ethics forms also corroborate this & are public records.

If the court is unwilling to take judicial notice of the details requested above Mr. Purbeck requests ~~subpoenas~~ authority from the court to issue subpoenas to the Georgia Secretary of State & the Florida Secretary of State for the ~~same entity~~ entities. He also requests authorization to subpoena GSA, Timothy Batten, the & Northern District of Georgia Clerk & the city of Newnan Business licensing division to recieve ~~a~~ discovery to prove the allegations in the motion even though the public record is ~~adequate~~. Because Timothy Batten engaged in obstruction, Mr. Purbeck requests this court issue an order ~~~~ censuring

Pg. 16

Symbolicly Mr. Batten & restricting him from practice in the District of Idaho. If the allegations are proven Mr. Purbeck requests the court demand an impeachment trial for Mr. Batten by sending the allegations to the house judiciary committee.

In addition to make a remedy to the 41(6) violation of the concealment of the motion sent to the N.D. Georgia court from Idaho Mr. Purbeck Purbeck requests a subpoena to the USPS showing that Mr. Purbeck ordered postage from his home address with Gauranteed delivery to the N.D. Georgia address on November 14th 2024 & Tracking information showing the Successful delivery. The Concealment of the motion by Timothy Batten violates due process & Mr. Purbeck is entitled to habeas discovery under the holding in Rippo v. Baker. Because Mr. Batten will continue to conceal evidence of his crime Mr. Purbeck asks this court because the motion entered the mail in this district & a mail fraud crime can be "prosecuted" in any district. This might be an expansion but how else could Mr. Purbeck get discovery if an unethical criminal judge hides motions?

PG. 17  →

Mr. Purbeck also requests equitable relief for the expunction of his sentence & the due process violations (from the start of the prosecution. The most guilty party would be T.G.C. Ph. Ventures Inc. & it should be made to pay for interfering & bribing of a public official. Mr. Purbeck requests the corporations administrative dissolution & all assets be distributed to Mr. Purbeck in the amount of his loss. This should be determined in a court hearing.

Signed this day January 14th 2025

(Pro-se)

Mr. Purbeck apologizes about the format, getting paper is almost impossible in Atlanta I cu holdover. Pens & paper have been out of stock on commissary for nearly the entirety of Mr. Purbeck's 8 week (so far) stay. Postal tracking information is only maintained for a short period. So the motion was urgent. Mr. Purbeck didn't see any rules against the format in local rules.

Pg. 18