JAN M. BENNETTS
ADA COUNTY PROSECUTING ATTORNEY

HEATHER McCARTHY
DAYTON P. REED
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 6404 & 10775
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendant Ada County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT PURBECK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT MONTY WILKINSON et al,<br><br>　　　　　Defendants. | **Case No. 1:21-cv-00047-BLW**<br><br>**OBJECTION TO PLAINTIFF'S MOTION FOR EQUITABLE RELIEF AND DISCOVERY FOR ACTUAL JUDICIAL BIAS [DKT. 86]** |

　　　　Defendant Ada County objects to Plaintiff's motion, dkt. 86, for two reasons. First, the motion deals entirely with Plaintiff's criminal case, Northern District of Georgia Criminal Action No. 3:21-CR-0004-TCB-RGV, and a judge involved there, and it has no relation to the sole remaining claim in this case against Ada County for lack of a name-clearing hearing. Second, in its Order Granting Joint Motion to Stay Discovery, dkt. 75, the Court ordered that all discovery in this case is stayed pending resolution of the Plaintiff's criminal case; the same Fifth Amendment concerns animating that order remain in force while Plaintiff's appeal of his conviction is pending,

OBJECTION TO PLAINTIFF'S MOTION FOR EQUITABLE RELIEF AND DISCOVERY FOR ACTUAL JUDICIAL BIAS [DKT. 86] – PAGE 1

given Plaintiff's hope of a remand. Therefore, Plaintiff's request for discovery is improper—doubly so when the discovery sought, again, has no relation to the claim in this case.

The Court should summarily deny Plaintiff's motion.

**DATED** this 23rd day of January, 2025.

                **JAN M. BENNETTS**
                Ada County Prosecuting Attorney

          By: */s/ Dayton P. Reed*
             Dayton P. Reed
             Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 23rd day of January, 2025, I filed the foregoing OBJECTION TO PLAINTIFF'S MOTION FOR EQUITABLE RELIEF AND DISCOVERY FOR ACTUAL JUDICIAL BIAS [DKT. 86] electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

 Darci Ward Crane
 Assistant United States Attorney
 United States Attorney's Office
 1290 West Myrtle Street, Suite 500
 Boise, ID 83702
 darci.crane@usdoj.gov

 James P. Schaefer
 Assistant United States Attorney
 United States Attorney's Office
 1290 West Myrtle Street, Suite 500
 Boise, ID 83702
 james.schaefer@usdoj.gov

  AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

| | |
|---|---|
| Robert Purbeck | _____ Hand Delivery |
| Register No. 33134-509 | __x__ U.S. Mail |
| FCI Atlanta | _____ Electronic Mail |
| Federal Correctional Institution | _____ Facsimile |
| PO Box 150160 | |
| Atlanta, GA  30315 | |

 and

 451 W. Waterbury Drive
 Meridian, ID 83646

               /s/  Chyvonne Tiedemann
               Legal Assistant